STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY,
PLAINTIFF-APPELLEE, v. C. V. JILSON, DEFENDANT-
APPELLANT.

Submitted October 16, 1925—Decided February 1, 1926.

**Practice of Medicine—Illegal Practice—Demand for a Jury Trial
May be Refused—Enough in Case to Justify Action Under
Medical Practitioners Act Instead of Chiropractors Act.**

On defendant's appeal from the District Court.

Before Justices PARKER, MINTURN and BLACK.

For the respondent, *Grover C. Richman.*

For the appellant, *Nathan H. Berger.*

PER CURIAM.

This is an appeal from a conviction under the statute re-
lating to the practice of medicine without a license, and the
appeal will be dismissed, with costs, for the reasons stated
in the *per curiam* of this court in *State Board* v. *Roche,* No.
402, of the present term.   (See Advance Reports.)

If the appeal were not dismissed the judgment would have
to be affirmed, because we consider that none of the points
made would be well taken if the matter were properly pre-
sented on *certiorari.*

The first point is that a jury was demanded and refused.
This is controlled by *State Board* v. *Buettel,* 3 *N. J. Adv. R.*
1860.

The second point is not argued.

The third is that the evidence did not establish any vio-
lation of law, and should be considered with the fourth, that
the defendant ought to have been sued under the Chiroprac-
tors act.   We have examined the evidence and find there

were enough in the case to justify its consideration by the court as a violation of the Medical Practitioners act.

The other points are covered by what has been said.

For the reasons given the appeal will be dismissed.